UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                         21-cr-643. CKK

KAREGAN BOSTIC

CONSENT MOTION FOR A BRIEF CONTINUANCE

Counsel for Karegan Bostic is not available for the Status Hearing now set for August 9, 2022 at 3:00 due to a long standing medical appointment. Counsel has consulted with co-defendants' counsel and with AUSA Anthony Franks for another possible date.

All counsel are available on both August 11, 2022 and August 12, 2022 if the Court is available.

WHEREFORE counsel requests the Status now set for August 9, 2022 be vacated and a date be set for August 11, 2022 or August 12, 2022.

Respectfully submitted,

_____/s/_____
H. Heather Shaner Esq. D.C. Bar 273276
Appointed by the Court for Karegan Bostic
1702 S Street N.W.
Washington, D.C. 20009
202 265 8210 hhsesq@aol.com