UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          21-cr-643 CKK

KAREGAN BOSTIC

NOTICE OF FILING

Pursuant to the Order of the Court, Karegan Bostic has signed and counsel now duly files, the attached Notice of Consent.

Respectfully submitted,

_____/s/_____
H. Heather Shaner #273 276
Appointed by the Court for Karegan Bostic
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com