UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                               21-cr-643 CKK

KAREGAN BOSTIC

## NOTICE OF CONSENT

I, Karegan Bostic, by my signature below hereby notify the Court that I have been informed by counsel of my right to a Speedy Trial and to a Speedy Arraignment on the Second Superseding Information [Doc. 57]. I have received a copy of the Information and have reviewed it with counsel. I have been informed of my rights under 18 U.S.C. §3161, the Speedy Trial Act.

I agree that it is in the interest of justice to continue the Status Hearing until October 17, 2022. I knowingly and voluntarily consent to the exclusion of time through October 17th, 2022 and I waive my right to be arraigned on the charges in the Second Superseding Information until October 17th, 2022.

I so consent this ___12th___ day of August 2022, signed by me

*/s/ Karegan E Bostic*
Karegan Bostic