UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA


v.                                    21-cr-643 CKK


KAREGAN BOSTIC

MOTION TO VACATE HEARING

Counsel for Karegan Bostic, Heather Shaner, now moves this Honorable Court to vacate the Plea Hearing set for October 26th, 2022 at 1:30 as she has a court conflict from a pre-existing Sentencing Hearing scheduled for that time.

Counsel is available anytime on October 25th, 2022,    on October 27th, 2022 from 12:00 PM and thereafter and on October 28th from 12:00 PM. and thereafter.  Counsel misread the date on the original inquiry of the court.

Respectfully submitted,


_____/s_____
H. Heather Shaner, Esq. #273276
Appointed by the Court for
Karegan Bostic
1702 S Street N.W.
Washington D.C. 20009
 202 265 8210  hhsesq@aol.com