To Whom It May Concern,

I, Karegan Bostic, would like to apologize to anyone I may have offended in my participation of marching with the crowd on January 6th, 2021. I can truthfully say that I had no intention of, nor was I in the knowledge of, pre-organized violence or acts of rebellion prior to our arrival that day. Myself and family members were simply there to listen to our former President, Donald Trump, speak. Since the arrest, I have taken time to research stories, and the division caused by that day in the hearts of many Americans, and I am sorry to those who I personally offended. Although I did not personally witness anything, I understand that my presence in the midst of where certain crimes were commited makes me a part of the devastation, and as a proud American, I am ashamed for causing further division. I was raised to love and support our country, our government, our freedoms, and the laws that our founding fathers set in place that has made us a united nation and will be more mindfull going forward.

Thank you for you attentiveness to this letter,

Karegan Bostic